NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-5121, 2010-5029

ARKANSAS GAME & FISH COMMISSION,

Plaintiff-Cross Appellant,

v.

UNITED STATES,

Defendant-Appellant.

Appeal from the United States Court of Federal Claims in
05-CV-381, Judge Charles F. Lettow.

ON MOTION

## O R D E R

The United States moves without opposition for a 31-day extension of time, until January 4, 2010, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

**DEC 0 9 2009**
_____
Date

cc:   Julie D. Greathouse, Esq.
      Robert J. Lundman, Esq.

s17

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 9 2009

JAN HORBALY
CLERK